AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
|---|---|
| v. | ) Case No. 20CR00032-1 |
| Hiep Cong Van | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Hiep Cong Van                           ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ❏ Complaint
❏ Probation Violation Petition     ☑ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

#1: Failure to Report Arrest/Questioning by Law Enforcement
#2: Must not Engage in Any Form of Gambling Nor Enter any Casino or other Establishment.
#3: Failure to Notify Court of Any Changes in Economic Circumstances
#4: Must deposit into a Single Checking and/or Savings Account
#5-12: Failure to Notify the Court of Any Changes in Economic Circumstances
#13: Must not Engage in Any Form of Gambling Nor Enter any Casino or other Establishment

Date: _____                                        _____
                                                            *Issuing officer's signature*

City and state:   Denver, Colorado                          Jeffrey P. Colwell, Clerk of Court
                                                            *Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____                                        _____
                                                            *Arresting officer's signature*

                                                            _____
                                                            *Printed name and title*