IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Case No. 20-cr-00032-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

HIEP CONG VAN,

      Defendant.

_____

**ORDER REGARDING VIOLATION(S) OF CONDITIONS OF SUPERVISED RELEASE**
_____

      THIS MATTER is before the Court upon request by the probation officer to initiate revocation proceedings due to violation(s) of the conditions of supervision.

      HAVING considered the probation officer's petition, the Court

__X__ ORDERS the issuance of an arrest warrant.

_____ ORDERS the issuance of a summons.

_____ DENIES the request.

      DATED this 28th day of July, 2022.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge