AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
| v. | ) |
|  | ) Case No. 20-cr-00032-RM |
|  | ) |
|  | ) |
| Hiep Cong Van | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Hiep Cong Van,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment  ❏ Superseding Indictment  ❏ Information  ❏ Superseding Information  ❏ Complaint
❏ Probation Violation Petition  ☑ Supervised Release Violation Petition  ❏ Violation Notice  ❏ Order of the Court

This offense is briefly described as follows:

#1: Failure to Report Arrest/Questioning by Law Enforcement
#2: Must not Engage in Any Form of Gambling Nor Enter any Casino or other Establishment.
#3: Failure to Notify Court of Any Changes in Economic Circumstances
#4: Must deposit into a Single Checking and/or Savings Account
#5-12: Failure to Notify the Court of Any Changes in Economic Circumstances
#13: Must not Engage in Any Form of Gambling Nor Enter any Casino or other Establishment

Date: 7/28/2022

s/C. Pearson, Deputy Clerk, for
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*