**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:20CR00032-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.
Hiep Cong Van,

Defendant.

---

**NOTICE OF SUBSTITUTION AND ENTRY OF APPEARANCE OF COUNSEL**

---

To:      The clerk of court and all parties of record

      I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    Hiep Cong Van

DATED at Denver, Colorado this 2nd day of August, 2022.

/S/ Benjamin W. Hartford
Benjamin W. Hartford, Esq.
Law Office of Benjamin Hartford LLC.
650 S. Cherry Street Ste 1225
Denver, CO 80246
Phone: 303.991.5757
Fax: 303.974.3802
ben@bhartfordlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 2nd 2022, a copy of this document was served via CMECFl as follows:

US Attorney's Office via CMECF

/S/ Benjamin W. Hartford
Benjamin W. Hartford, Esq.
Law Office of Benjamin Hartford LLC.
650 S. Cherry Street Ste 1225
Denver, CO 80246
Phone: 303.991.5757
Fax: 303.974.3802
ben@bhartfordlaw.com