IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00032-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    HIEP CONG VAN,

    Defendant.

---

## ENTRY OF APPEARANCE AS COUNSEL
## FOR THE GOVERNMENT

---

    To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

    DATED this 3rd day of August, 2022.

    Respectfully submitted,

    COLE FINEGAN
    United States Attorney

    By: *s/Sarah H. Weiss*
    Sarah H. Weiss
    Assistant U.S. Attorney
    U.S. Attorney's Office
    1801 California St., Ste. 1600
    Denver, CO  80202
    Telephone: (303) 454-0100
    Fax:  (303) 454-0406
    E-mail:  sarah.weiss@usdoj.gov
    Attorney for the Government

CERTIFICATE OF SERVICE

      I hereby certify that on this 3rd day of August, 2022, I electronically filed the foregoing **ENTRY OF APPEARANCE AS COUNSEL FOR THE GOVERNMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

      *s/Maggie E. Grenvik*
      Maggie E. Grenvik
      Legal Assistant