AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 20-cr-00032-RM-1 |
| Hiep Cong Van ) | |
| *Defendant* ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 7/5/22

*Defendant's signature*

*Signature of defendant's attorney*

Ben Hartford 35005
*Printed name and bar number of defendant's attorney*

650 S. Cherry St Suite 1225
*Address of defendant's attorney*

ben2bhartfedlaw.com
*E-mail address of defendant's attorney*

303-522-7573
*Telephone number of defendant's attorney*

*FAX number of defendant's attorney*