AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2022 AUG -8  AM 10: 26
JEFFREY P. COLWELL
CLERK
BY_____ DEP. CLK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 20-cr-00032-RM |
| | ) | |
| Hiep Cong Van | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Hiep Cong Van                                ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☑ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

#1: Failure to Report Arrest/Questioning by Law Enforcement
#2: Must not Engage in Any Form of Gambling Nor Enter any Casino or other Establishment.
#3: Failure to Notify Court of Any Changes in Economic Circumstances
#4: Must deposit into a Single Checking and/or Savings Account
#5-12: Failure to Notify the Court of Any Changes in Economic Circumstances
#13: Must not Engage in Any Form of Gambling Nor Enter any Casino or other Establishment

Date: 7/28/2022                                                    s/C. Pearson, Deputy Clerk, for
                                                                                *Issuing officer's signature*

City and state:   Denver, Colorado                        Jeffrey P. Colwell, Clerk of Court
                                                                                *Printed name and title*

**Return**

This warrant was received on *(date)* 7/28/22, and the person was arrested on *(date)* 7/31/22
at *(city and state)* _____

Date: 8/2/22
                                                                                *Arresting officer's signature*

                                                                                DUSM THOMAS ROHN
                                                                                *Printed name and title*