IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:20CR00032-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.
Hiep Cong Van,

Defendant.

___

**NOTICE OF DEFENDANT'S INTENTION TO ADMIT TO VIOLATIONS OF PROBATION**
___

COMES NOW Counsel for the Defendant Hiep Cong Van hereby and at the Court's request does inform the Court of the Defendant's intention to admit to violating his terms of probation.

CONFERRAL, the Defendant and the Government have discussed the terms and have agreed to stipulate Nos. 3, 7, 12, 13, 14, 15, and 16 on the latest filed superseding petition.

AS GROUNDS, The Government has indicated that it intends to request the maximum sentence as provided by the Guidelines Range of 11 months.  The Defense is intending to argue for a mitigated sentence and will provide grounds at the upcoming hearing scheduled for September 2nd at 2pm.  The Defense would also inform the Court that as to the violation no. 15 concerning Ms. Carolyn Hines, the Defendant has provided a full repayment of money lent by Ms. Hines totaling 22k, this money was provided to the Government Postal Inspector in the form of certified cashier's checks that have been provided directly to Ms. Hines.

DATED at Denver, Colorado this 31nd day of August, 2022.

/S/ Benjamin W. Hartford
Benjamin W. Hartford, Esq.
Law Office of Benjamin Hartford LLC.
650 S. Cherry Street Ste 1225
Denver, CO 80246
Phone: 303.991.5757
Fax: 303.974.3802
ben@bhartfordlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 31nd 2022, a copy of this document was served via CMECFl as follows:

US Attorney's Office via CMECF

/S/ Benjamin W. Hartford
Benjamin W. Hartford, Esq.
Law Office of Benjamin Hartford LLC.
650 S. Cherry Street Ste 1225
Denver, CO 80246
Phone: 303.991.5757
Fax: 303.974.3802
ben@bhartfordlaw.com