# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson<br>Court Reporter:  Tammy Hoffschildt<br>Probation:  Damillah Williams | Date:  September 2, 2022<br>Interpreter:  n/a |

**CASE NO.   20-cr-00032-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Sarah Weiss |
| Plaintiff, | |
| v. | |
| HIEP CON VAN, | Benjamin Hartford |
| Defendant. | |

## COURTROOM MINUTES

**HEARING ON REVOCATION OF SUPERVISED RELEASE**
**COURT IN SESSION:      2:01 p.m.**

Appearances of counsel.   Defendant is present and in custody.   Present at Government's table is Rob Barnett, postal inspector.

Preliminary remarks made by the Court.

The Court was advised by Notice of Defendant's Intention to Admit to Violations of Probation (Doc. 17) that the defendant will admit to alleged violations 3, 7, 12, 13, 14, 15, and 16 in the second Superseding Petition (Doc. 17).

Discussion held regarding alleged violations 14, 15, and 16 of the second Superseding Petition (Doc. 17).

Defendant sworn and questioned by the Court.   Defendant is 47 years old.

The Court advises the defendant regarding rights waived by admitting to the violations and maximum penalties.

Defendant admits to alleged violations 3, 7, 12, 13, 14, 15, and 16 in the second Superseding Petition (Doc. 17).

The Court accepts the defendant's admissions.

**ORDERED:** The remaining alleged violations contained in the second Superseding Petition (Doc. 17) are dismissed.

Argument given on sentencing.

The Court states findings.

**ORDERED:** Defendant's sentence to supervised release is terminated effective immediately, and the defendant is sentenced to the Bureau of Prisons for a term of **12 months.**

**ORDERED:** Following his release from the Bureau of Prisons, the defendant shall be placed on supervised release for a term of **two (2) years.**

**ORDERED:** While on supervised release, the defendant shall comply with all mandatory conditions of supervised release as required by law, all standard conditions of supervised release as required by this court, and the special conditions of supervised release as stated on the record.

The Court recommends to the Bureau of Prisons that the defendant receive credit for time spent in custody prior to sentencing.

Defendant is advised of the right to appeal the sentence imposed by the Court.

**ORDERED:** Defendant is remanded to the custody of the U.S. Marshals Service.

**COURT IN RECESS:**　　3:33 p.m.
**Total in court time:**　　1:32
**Hearing concluded**